Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
Leonard Monfredo (*pro hac vice*)
lmonfredo@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs Helios Streaming, LLC,
and Ideahub, Inc.*

MANNY J. CAIXEIRO (Bar No. 320473)
manny.caixeiro@dentons.com
DENTONS US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017
Telephone: (213) 892-5010
Facsimile: (213) 623-9924

TIMOTHY J. CARROLL (*pro hac vice*
application to be filed)
tim.carroll@dentons.com
DENTONS US LLP
233 South Wacker Drive Suite 5900
Chicago, IL 60606-6361
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

*Attorneys for Defendants
Starz Entertainment, LLC, and Lions Gate
Entertainment Corp.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STARZ ENTERTAINMENT, LLC, and LIONS GATE ENTERTAINMENT CORP.<br><br>Defendants. | Case No. 8:19-cv-02140-JVS-ADS<br><br>**[PROPOSED] REVISED CASE MANAGEMENT AND DISCOVERY SCHEDULE**<br><br>Judge:    Hon. James V. Selna |

Pursuant to this Court's March 2, 2020 Order during the parties' scheduling conference, Plaintiffs Helios Streaming, LLC ("Helios") and Ideahub, Inc. ("Ideahub") (collectively "Plaintiffs"), and Defendants Starz Entertainment, LLC ("Starz Entertainment") and Lions Gate Entertainment Corp. ("Lions Gate") (collectively "Starz" or "Defendants") submit this proposed revised case management and discovery schedule, attached hereto as Exhibit "A". Counsel have conferred pursuant to Fed. R. Civ. P. 26(f)(1).

Dated: March 9, 2020

By: */s/ Jeffrey Francis Craft*
Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

*Attorneys for Plaintiffs Helios Streaming LLC and Ideahub, Inc.*

Dated: March 9, 2020

By: */s/ Manny J. Caixeiro*
MANNY J. CAIXEIRO (Bar No. 320473)
manny.caixeiro@dentons.com
DENTONS US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017

Pursuant to Local Rule 5-4.3.4, I, Jeffrey F. Craft, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jeffrey F. Craft*
Jeffrey F. Craft

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on March 9, 2020

*/s/ Jeffrey Francis Craft*
Jeffrey Francis Craft

*Attorneys for Plaintiffs Helios Streaming, LLC and Ideahub, Inc.*

-2-

Case No. 8:19-cv-02140-JVS-ADS
REVISED CASE MANAGEMENT AND DISCOVERY SCHEDULE