# EXHIBIT A

JUDGE JAMES V. SELNA
[PROPOSED] REVISED CASE MANAGEMENT AND DISCOVERY SCHEDULE

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) Estimated length: 7 days | 8:30 a.m. (Tuesdays) | | **12/07/21** | **12/07/21** | **12/07/21** |
| File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | **11/30/21** | **11/30/21** | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | **11/22/21** | **11/22/21** | **11/22/21** |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement; Limitations of claims and references | | -3 | **11/16/21** | **11/16/21** | |
| Last day for hand-serving *Motions in Limine* | | -6 | **10/29/21** | **10/29/21** | |
| Last day for hearing | 1:30 | -7 | **Plaintiff** | **10/18/21 or** | |

1

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|---|---|
| motions | p.m. (Mondays) | | requests 10/18/21, 10/25/21, or 10/27/21, subject to this Court's availability | 10/25/21, subject to this Court's availability | |
| Deadline to file replies to case-dispositive motions and *Daubert* motions | | | 09/16/21 | 9/16/21 | |
| Deadline to file oppositions to case-dispositive motions and *Daubert* motions | | | 09/01/21 | 9/1/21 | |
| Case-dispositive motions and *Daubert* motions (other than Motions in Limine). | | | 07/30/21 | 7/30/21 | |

L.R. 16−14 Settlement Choice: (1) CT/USMJ (2) Court Mediation Panel **(3) Private ADR**

ADDITIONAL DEADLINES

| Matter | | | Plaintiff's Request | Defendants' Request | Court Order |
|---|---|---|---|---|---|
| Last day to conduct Settlement Conference | | | 07/23/21 | 7/23/21 | |
| Expert discovery cut-off | | | 07/16/21 | 7/16/21 | |
| Reply Expert Reports | | | 05/14/21 | 5/14/21 | |
| Rebuttal Expert Reports | | | 04/30/21 | 4/30/21 | |
| Initial Expert Reports | | | 03/31/21 | 3/31/21 | |
| Plaintiffs to Serve Final Infringement Contentions/ Defendants to Serve Final Invalidity Contentions | | | 02/26/21 | 3/24/21 | |
| Completion of Fact Discovery | | | 01/22/21 | 3/17/21 | |

| Claim Construction/*Markman* Hearing | | | **Week of 01/14/21, subject to the Court's availability** | **Week of 1/14/21, subject to the Court's availability** | |
|---|---|---|---|---|---|
| Responsive Claim Construction Briefing | | | **12/18/20** | **12/18/20** | |
| Technology Tutorial | | | **12/05/20** | **12/5/20** | |
| Opening Claim Construction Briefing | | | **11/16/20** | **11/16/20** | |
| Joint Claim Construction and Prehearing Statement | | | 10/16/20 | 10/16/20 | |
| Exchange of Terms for Claim Construction | | | 10/09/20 | 10/9/20 | |
| Deadline to Join Other Parties and Amend Pleadings | | | 09/18/20 | 09/18/20 | |
| Deadline for Substantial Completion of Document Production | | | 08/28/20 | 9/18/20 | |
| Defendants to Serve Preliminary Invalidity Contentions (Including Claim Charts) | | | 07/28/20 | 07/28/20 | |
| Plaintiffs to Serve Preliminary Infringement Contentions (Including Claim Charts) | | | 06/16/20 | 06/16/20 | |
| Hearing Concerning Reduction of Claims and Prior Art in Issue | | | 6/8/20 | 6/8/20 | 6/8/20 |
| Initial Disclosures | | | 03/17/20 | 3/17/20 | |