JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STARZ ENTERTAINMENT, LLC, and LIONS GATE ENTERTAINMENT CORP., <br><br> Defendants. | Case No. 8:19-cv-02140-JVS-ADS <br><br> **ORDER ON JOINT STIPULATION TO DISMISS** |

ORDER

The Court, having considered the parties' Joint Stipulation to Dismiss with Prejudice ("Stipulation"), and good cause having been shown, it is hereby ORDERED that the Stipulation is GRANTED as follows:

1. Plaintiffs' claims in the above-captioned action are dismissed with prejudice;

2. Counts I-X and XXI of Defendants' counterclaims are dismissed with prejudice;

3. Counts XI-XX of Defendants' counterclaims are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 21st day of April, 2021.

*/s/ James V. Selna*
The Honorable James V. Selna
United States District Court Judge